# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-3985
Lower Tribunal Nos. 2002CF-950-XX and 2020CF-198-XX

_____

WILBUR RUDOLPH,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal from the Circuit Court for Highlands County.
Angela J. Cowden, Judge.

November 4, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and SMITH and BROWNLEE, JJ., concur.


Blair Allen, Public Defender, and Richard P. Albertine, Jr., Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Jonathan P. Hurley and Helene S. Parnes, Senior Assistant Attorneys General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED